**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2089**

DONNA FOX BOLDIN,

        Plaintiff - Appellant,

    v.

ALISON WINGFIELD; CECILEY HUSELIN,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:10-cv-00010-nkm-mfu)

Submitted:  November 30, 2010    Decided:  December 3, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donna Fox Boldin, Appellant Pro Se.  Sherwood Sunderland Day, DAY & CURRENT LAW OFFICES, Lynchburg, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Fox Boldin appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boldin v. Wingfield, No. 6:10-cv-00010-nkm-mfu (W.D. Va. Sept. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED